PROB22
(12/2016)

**FILED**
January 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _NM_ DEPUTY

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 5:21CR01054-002 |
|---|---|
| | DOCKET NUMBER (*Rec. Court*): |

| NAME AND ADDRESS OF SUPERVISED PERSON: **Reyes, Genesis Patricia** | DISTRICT: SD/TEXAS | DIVISION: LAREDO |
|---|---|---|
| | NAME OF SENTENCING JUDGE: Honorable Diana Saldaña | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 10/14/2021 — To: 10/13/2024 |

OFFENSE: Conspiracy to transport an undocumented alien within the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(I)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Western District of Texas-San Antonio Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 5, 2021
*Date*

Honorable Diana Saldaña
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Western District of Texas, San Antonio Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

01/03/2022
*Effective Date*

Jason Pulliam
*United States District Judge*

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Laredo

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| GENESIS PATRICIA REYES | CASE NUMBER: 5:21CR01054-002 |
| | USM NUMBER: 44589-509 |
| | Fernando A. Sanchez, Jr.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 on July 15, 2021.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v)(I) | Conspiracy to transport an undocumented alien within the United States | 05/10/2021 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) remaining _____ is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 14, 2021
Date of Imposition of Judgment

_[signature]_
Signature of Judge

**DIANA SALDAÑA**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

October 15, 2021
Date

Case 5:21-cr-01054-LAM Document 69 Filed 10/13/22 Page 2 of 7
Case 5:21-cr-01054-CLA Document 61 Filed 05/03/22 TXSD Page 2 of 6
AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment — Page 2 of 6

DEFENDANT: **GENESIS PATRICIA REYES**
CASE NUMBER: **5:21CR01054-002**

# IMPRISONMENT

    The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 32 days.

The defendant was advised of the right to appeal the sentence and reminded that she waived the right to appeal.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 6

DEFENDANT: **GENESIS PATRICIA REYES**
CASE NUMBER: **5:21CR01054-002**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: 3 years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

Case 5:21-cr-01054-JKP Document 69 Filed 01/13/22 Page 4 of 6
Case 5:21-cr-01054-JKP-1 Amended Filed 10/05/2023 TXSD Page 5 of 17
AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3D – Supervised Release

Judgment — Page 4 of 6

DEFENDANT: **GENESIS PATRICIA REYES**
CASE NUMBER: **5:21CR01054-002**

# SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Treatment, Testing, and Abstinence

You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

Mental Health Evaluation

You must participate in a mental-health evaluation to determine the existence of a pre-existing mental health condition, specifically, Attention Deficit Hyperactivity Disorder (ADHD) or Bi-Polar Disorder. The probation officer, in consultation with the treatment provider, will supervise your participation in the assessment, including the provider, location, modality, duration, and intensity.

Mental Health Treatment

You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the cost of the program, if financially able.

You must take all mental-health medications that are prescribed by your treating physician. You must pay the costs of the medication, if financially able.

Case 5:21-cr-01054-002-LAMD Document 69 Filed 10/13/22 in TXSD Page 5 of 6
AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: **GENESIS PATRICIA REYES**
CASE NUMBER: **5:21CR01054-002**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment**[1] | **JVTA Assessment**[2] |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Based upon a finding of indigency, the Court waives the $5,000 additional special assessment required under the Justice for Victims of Trafficking Act of 2015, pursuant to 18 U.S.C. § 3014.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**[3] | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | $ | $ | |

☐ See Additional Restitution Payees.

**TOTALS** $ $

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 5:21-cr-01054 Document 69 Filed on 10/13/22 in TXSD Page 7 of 17
Case 5:21-cr-01054 Document 60 Filed on 05/03/22 in TXSD Page 6 of 6

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: **GENESIS PATRICIA REYES**
CASE NUMBER: **5:21CR01054-002**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due
  ☐ not later than _____, or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____,
  to commence _____ after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____,
  to commence _____ after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

  Payable to: Clerk, U.S. District Court
  1300 Victoria, Ste. 1131
  Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**          **Joint and Several**      **Corresponding Payee,**
**(including defendant number)**     **Total Amount**     **Amount**     **if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Case 5:21-cr-01054 Document 24 Filed on 06/13/22 in TXSD Page 1 of 3
Case 5:21-cr-01054 Document 4 Filed on 06/01/21 in TXSD Page 1 of 3
United States Courts
Southern District of Texas
FILED

JUN - 1 2021  DJM

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 5:21-CR-1054 |
| | § | **DS** |
| JOSHUA HERRERA | § | |
| GENESIS PATRICIA REYES | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Beginning on or about **May 8, 2021** through on or about **May 10, 2021**, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

JOSHUA HERRERA and
GENESIS PATRICIA REYES,

did knowingly conspire and agree with each other and with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I).

COUNT TWO

On or about **May 10, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

JOSHUA HERRERA and
GENESIS PATRICIA REYES,

knowing and in reckless disregard of the fact that CARLOS ALBERTO DE ANDA-ZAMBRANO, was an alien who had come to, entered, and remained in the United States in

violation of law, did transport and move and attempt to transport and move such alien, within the United States, by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

A TRUE BILL:

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

Yoona Lim
Assistant United States Attorney

2

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

<u>LAREDO</u> DIVISION  NO._____

FILE: 21-03787  MAG#: 21-01143-01
<u>INDICTMENT</u>  Filed: June 1, 2021  Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>JENNIFER B. LOWERY, ACTING USA</u>
VS.  <u>YOONA LIM, AUSA</u>

**JOSHUA HERRERA**

**GENESIS PATRICIA REYES**

**CHARGES:**

Count 1: Conspiracy to transport an undocumented alien within the United States
[8 USC 1324 (a)(1)(A)(ii) and (v)(I)]
Count 2: Transport and Attempt to transport an undocumented alien within the United States for financial gain
[8 USC 1324(a)(1)(A)(ii)]

**TOTAL COUNTS: 2**

**PENALTY:**
Counts 1 to 2:  0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release [Each Count]

In Jail:

On Bond:

Name & Address of Surety:

No Arrest:

U.S. District Court
SOUTHERN DISTRICT OF TEXAS (Laredo)
CRIMINAL DOCKET FOR CASE #: 5:21-cr-01054-2

| | |
|---|---|
| Case title: USA v. Herrera et al | Date Filed: 06/01/2021 |
| Magistrate judge case number: 5:21-mj-01143 | Date Terminated: 10/14/2021 |

Assigned to: Judge Diana Saldana

**Defendant (2)**

| | | |
|---|---|---|
| **Genesis Patricia Reyes**<br>*TERMINATED: 10/14/2021* | represented by | **Fernando A Sanchez , Jr**<br>Attorney at Law<br>401 E Hillside<br>Laredo, TX 78041<br>956-722-0707<br>Email: fasanchezjr@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

**Pending Counts**

Conspiracy to transport an undocumented alien within the United States. PENALTY: 0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release.
(1)

**Disposition**

32 days to serve; 3 yr(s) tsr; $100 special assessment; standard and mandatory conditions; Court find Deft indigent, does not impose the $5,000 special assessment; no fine; initial mental health evaluation and mental health treatment; Out-patient substance abuse treatment program and testing; not possess any Psychoactive Substances, including Synthetic Marijuana; take mental medications prescribed by treating physician; waived appeal notified of 14 day DL/free appeal

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

Transport and Attempt to transport an undocumented alien within the United States for financial gain. PENALTY: 0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release.
(2)

**Disposition**

Dismissed on Government's oral motion

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F ----BRINGING IN AND HARBORING ALIENS | |

**Material Witness**

| | | |
|---|---|---|
| **Carlos Alberto De Anda-Zambrano**<br>*TERMINATED: 07/16/2021* | represented by | **Eduardo Jaime**<br>Attorney at Law<br>1800 Victoria St<br>Laredo, TX 78040<br>956-725-9714<br>Fax: 956-725-2130<br>Email: edjaime@eduardojaimelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Yoo Na Lim**<br>US Attorney's Office<br>11204 McPherson Rd.<br>Ste 100A<br>Laredo, TX 78045<br>956-723-6523<br>Email: yoona.lim@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St<br>Ste 2300<br>Houston, TX 77002<br>713-567-9000<br>Fax: 713-718-3391 fax<br>Email: flu.usatxs-@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/11/2021 | 1 | Proposed COMPLAINT as to Joshua Herrera (1), Genesis Patricia Reyes (2), filed (Webb). Initial Appearance set for 5/12/2021 at 01:33 PM before Magistrate Judge Christopher dos Santos (JoseLopezadi, 5) [5:21-mj-01143] (Entered: 05/11/2021) |
| 05/11/2021 | 2 | Statement in Support of Probable Cause by USA as to Joshua Herrera, Genesis Patricia |

| | | |
|---|---|---|
| | | Reyes, filed.(JoseLopezadi, 5) [5:21-mj-01143] (Entered: 05/11/2021) |
| 05/11/2021 | 3 | Proposed Affidavit for Material Witness(es) Carlos Alberto De Anda-Zambrano as to Joshua Herrera, Genesis Patricia Reyes. Initial Appearance for Material Witness set for 5/12/2021 at 01:33 PM before Magistrate Judge Christopher dos Santos, filed. (JoseLopezadi, 5) [5:21-mj-01143] (Entered: 05/11/2021) |
| 05/11/2021 | 4 | FINDING OF PROBABLE CAUSE ON STATEMENT on May 11, 2021 at 04:26 PM as to Joshua Herrera, Genesis Patricia Reyes. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (JoseLopezadi, 5) [5:21-mj-01143] (Entered: 05/11/2021) |
| 05/12/2021 | 5 | COMPLAINT accepted by Magistrate Judge Christopher dos Santos as to Joshua Herrera, Genesis Patricia Reyes, filed. Agent: BP - Mario Villanueva (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 6 | ORDER on Material Witness Affidavit. The material witness(es) are committed to the custody of the U.S. Marshal's Service pending a detention hearing. Agent: BP - Mario Villanueva (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | | Attorney update in case as to Genesis Patricia Reyes. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos. INITIAL APPEARANCE on Complaint as to Genesis Patricia Reyes held on 5/12/2021. Defendant consented to proceeding by video conference. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Private attorney appointed: Fernando Sanchez (not present in courtroom). Bond set at $75 000.00 c/s. Defendant orally waives preliminary hearing. Court issued oral order regarding prosecutorial obligations under Rule 5(f). Parties appeared by Zoom. Defendant consented to Video Conferencing. Defense waived Preliminary Examination Hearing at time of Initial Appearance. Court confirmed with Defendant. Appearances: Ursula Smith, AUSA; Fernando Sanchez, appointed; USPTO: Ana Rodriguez; USPO: Alicia Blanco Bustamante ; USM: Deputy Saldana. (Opened/Adjourned: 1:34 PM - 1:56 PM) (ERO: Tanya Trevino) (Interpreter: Flavia Valle / Jorge Valle, not used) Defendant remanded to custody. Preliminary Examination Hearing set for 5/19/2021 at 03:00 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 12 | Sealed Financial Affidavit CJA 23 by Genesis Patricia Reyes, filed. (vcaballero, 5). [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 13 | ORDER APPOINTING COUNSEL for Defendant Genesis Patricia Reyes. Fernando Sanchez appointed. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 14 | BRADY ORDER on Rule 5(f) as to Genesis Patricia Reyes. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 15 | NOTICE OF SETTING as to Genesis Patricia Reyes. Preliminary Examination Hearing set for 5/19/2021 at 03:00 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | | **Terminate Prelim Hearing as to Genesis Patricia Reyes: Defendant orally waived on 5/12/2021 before the Court. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: INITIAL APPEARANCE OF MATERIAL WITNESS Carlos Alberto De Anda Zambrano |

| | | |
|---|---|---|
| | | as to Joshua Herrera, Genesis Patricia Reyes (Material Witness(es) informed of rights) held on 5/12/2021. Material Witness consented to proceeding by video conference. Material Witness advised that no charges are pending and that Material Witness is detained in case. Financial Affidavit executed. Material Witness requests appointed counsel. Private Attorney appointed. Next on list: Eduardo Jaime. Order of Detention Pending Trial. Material Witness orally waives detention hearing. Material Witness requested a letter to be sent to consulate of Mexico. Parties appeared by Zoom. Material Witness was sworn and consented by Video Conference. Material Witness waived Detention Hearing at time of Initial Appearance before the Court. Court confirmed with Material Witness. Appearances: Ursula Smith, AUSA; Eduardo Jaime f/Material Witness. (Tape #2:30 PM - 2:36 PM) (ERO: Tanya Trevino ) (DUSM: Deputy Aguilar) (Interpreter: Flavia Valle / Jorge Valle /used) (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 16 | Sealed Financial Affidavit CJA 23 by Material Witness Carlos Alberto De Anda Zambrano as to Joshua Herrera, Genesis Patricia Reyes, filed. (vcaballero, 5). [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 17 | ORDER APPOINTING COUNSEL for Material Witness(es): Carlos Alberto De Anda Zambrano. Eduardo Jaime appointed. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 18 | Letter sent to Consulate General of Mexico re Carlos Alberto De Anda Zambrano, Material Witness in case as to Joshua Herrera, Genesis Patricia Reyes, filed. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | 19 | ORDER COMMITTING MATERIAL WITNESS Carlos Alberto De Anda Zambrano to the custody of the United States Marshal. Detention Hearing set for 5/19/2021 at 03:00 PM before Magistrate Judge Diana Song Quiroga. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/12/2021 | | **Terminate Detention Hearing as to Joshua Herrera, Genesis Patricia Reyes: Material Witness orally waived on 5/12/2021 before the Court. (mlramirezadi, 5) [5:21-mj-01143] (Entered: 05/12/2021) |
| 05/18/2021 | | **Terminate Deadlines and Hearings as to Genesis Patricia Reyes: Preliminary hearing waived at Initial Appearance. (FernandoVilla, 5) [5:21-mj-01143] (Entered: 05/18/2021) |
| 05/19/2021 | | US ATTORNEY'S NOTICE OF APPEARANCE. Yoo Na Lim appearing for USA, filed. (Lim, Yoo) [5:21-mj-01143] (Entered: 05/19/2021) |
| 06/01/2021 | 22 | ORDER COMMITTING MATERIAL WITNESS Carlos Alberto De Anda-Zambrano to the custody of the United States Marshal. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (MargaretPeregoy, 5) [5:21-mj-01143] (Entered: 06/02/2021) |
| 06/01/2021 | 23 | BOND ORDER as to Genesis Patricia Reyes. The Court hereby orders that the defendant's bond be set at $75,000.00 UNSECURED with a third party custodian and any additional bond conditions as set out by Probation Services. ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (sgonzalez, 5) [5:21-mj-01143] (Entered: 06/03/2021) |
| 06/01/2021 | 24 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Joshua Herrera (1) count(s) 1, 2, Genesis Patricia Reyes (2) count(s) 1, 2, filed. (Attachments: # 1 Unredacted attachment) (CodyArnold, 5) (Entered: 06/03/2021) |
| 06/01/2021 | 26 | SCHEDULING ORDER as to Genesis Patricia Reyes. Arraignment set for 6/10/2021 at 03:15 PM in by video before Magistrate Judge Christopher dos Santos Dispositive Motion Filing due by 6/21/2021. Final Pretrial Conference set for 7/14/2021 at 10:30 AM in by |

| | | |
|---|---|---|
| | | video before Magistrate Judge Christopher dos Santos ( Signed by Judge Diana Saldana) Parties notified. (CodyArnold, 5) (Entered: 06/03/2021) |
| 06/03/2021 | 27 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty (The Arraignment is canceled pending review of the waiver by the Court.), filed.(Sanchez, Fernando) (Entered: 06/03/2021) |
| 06/08/2021 | 28 | Pretrial Services Report (Sealed) as to Genesis Patricia Reyes. **NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing**, filed. (jbautista, 5) (Entered: 06/08/2021) |
| 06/09/2021 | 29 | NOTICE OF SETTING as to Genesis Patricia Reyes. Bond Hearing set for 6/10/2021 at 02:45 PM in by video before Magistrate Judge Christopher dos Santos, filed. (mxperez, 5) (Entered: 06/09/2021) |
| 06/09/2021 | 32 | ORDER granting 27 Waiver of Presence at Arraignment as to Genesis Patricia Reyes (2). (Signed by Magistrate Judge Christopher dos Santos.) Parties notified.(CindyMiranda, 5) (Entered: 06/09/2021) |
| 06/10/2021 | 33 | BOND RELEASE ORDER as to Genesis Patricia Reyes. The Court Orders the Defendant be released from the custody of the U.S. Marshals. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (MargaretPeregoy, 5) (Entered: 06/10/2021) |
| 06/10/2021 | 34 | RECEIPT signed by USM re 33 as to Genesis Patricia Reyes, filed. (MargaretPeregoy, 5) (Entered: 06/10/2021) |
| 06/10/2021 | 35 | Appearance Bond Entered as to Genesis Patricia Reyes in amount of $75,000.00,, filed. (Attachments: # 1 Unredacted attachment DL)(MargaretPeregoy, 5) (Entered: 06/10/2021) |
| 06/10/2021 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: BOND HEARING as to Genesis Patricia Reyes held on 6/10/2021. Defendant consented to proceeding by video conference. Parties appeared by Zoom. Defendant sworn in and consented to Video Conference. Court went over bond paperwork with Defendant. Defendant acknowledged on the record. Appearances: Brandon Scott Bowling, AUSA; Fernando Sanchez f/Defendant; USPO: Julio Taboada; USM: Deputy Corriveau. (In Court Time: 2:41-2:45) (ERO: Ben Mendoza) (Interpreter: Juanita Zambrana/not used) Deft remanded to custody. (CindyMiranda, 5) (Entered: 06/10/2021) |
| 06/17/2021 | 37 | NOTICE of Intention to Enter a Plea of Guilty as to Genesis Patricia Reyes, filed. (Sanchez, Fernando) (Entered: 06/17/2021) |
| 06/17/2021 | 38 | FACTUAL STATEMENT in support of Plea Agreement as to Genesis Patricia Reyes, filed. (Sanchez, Fernando) (Entered: 06/17/2021) |
| 07/08/2021 | 46 | NOTICE of Resetting as to Genesis Patricia Reyes. Parties notified. Final Pretrial Conference reset for 7/15/2021 at 09:00 AM in by video before Magistrate Judge Christopher dos Santos, filed. (FernandoVillaadi2, 5) (Entered: 07/08/2021) |
| 07/13/2021 | 47 | NOTICE of Resetting as to Genesis Patricia Reyes. Parties notified. Final Pretrial Conference reset for 7/15/2021 at 09:45 AM in by video before Magistrate Judge Christopher dos Santos, filed. (FernandoVillaadi2, 5) (Entered: 07/13/2021) |
| 07/15/2021 | | RE-ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos on 7/15/2021 as to Genesis Patricia Reyes : Defendant pled Guilty to Count 1 of the Indictment.Fast Track Written plea agreement/written factual basis filed. Defense would like for the factual basis to serve as Defendant's Acceptance of Responsibility. Parties affirm that the Material Witnesses are not needed for Sentencing and have no objection for their immediate release. Parties appeared by Zoom. Court makes |

| | | |
|---|---|---|
| | | special findings due to the national emergency created by the novel corona virus. Court covers all Rule 11 admonishments. Defendant waives right to be present in Court and consents to proceed with guilty plea by Video Conference and consents to proceed before Magistrate Judge. The Court verifies counsel reviewed the Written Plea Agreement (WPA) with the Defendant and further verifies Defendants request for the Court to adopt the WPA without the need for a written signature. Defendant understands appellate waivers including right to appeal the conviction, sentence, and right to collateral attacks; only maintains right to raise ineffective assistance of counsel claim.FAST TRACK AGREEMENT Appeal Waived: Yes. PSI due by: 8/30/2021. Counsel present for PSI Interview? Yes. Appearances: AUSA Brandon Scott Bowling f/USA; Fernando Sanchez f/Defendant. Deft continued on Bond. (ERO: Sylvia Gonzalez) (Interpreter: Juanita Zambrana not used) (Time in Court 9:55-10:10) (CindyMiranda, 5) (Entered: 07/15/2021) |
| 07/15/2021 | | **Terminate Deadlines and Hearings as to Genesis Patricia Reyes: (CindyMiranda, 5) (Entered: 07/15/2021) |
| 07/15/2021 | 48 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Genesis Patricia Reyes. PSI Completion due by 8/30/2021. (Signed by Judge Diana Saldana) Parties notified. (CindyMiranda, 5) (Entered: 07/15/2021) |
| 07/15/2021 | 49 | REPORT AND RECOMMENDATION - Guilty Plea as to Genesis Patricia Reyes. Objections to R&R due by 7/29/2021 (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mmarquez, 5) (Entered: 07/15/2021) |
| 07/16/2021 | 51 | ORDER TO RELEASE MATERIAL WITNESS(es) Carlos Alberto De Anda-Zambrano as to Joshua Herrera, Genesis Patricia Reyes. ( Signed by Judge Diana Saldana) Parties notified. (vcantu, 5) (Entered: 07/16/2021) |
| 07/16/2021 | 52 | USM Receipt of 51 as to Joshua Herrera, Genesis Patricia Reyes, filed. (vcantu, 5) (Entered: 07/16/2021) |
| 07/30/2021 | 53 | ORDER ADOPTING REPORT AND RECOMMENDATION - Guilty Plea as to Genesis Patricia Reyes re: 49 Report and Recommendation - Guilty Plea ( Signed by Judge Diana Saldana) Parties notified. (RyanSun, 5) (Entered: 07/30/2021) |
| 08/27/2021 | 55 | Attorney Only Document (Sealed) as to Genesis Patricia Reyes. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (AngelicaRamirez, 5) (Entered: 08/27/2021) |
| 09/01/2021 | 57 | Statement of No Objections to PSR (Sealed) by USA as to Genesis Patricia Reyes, filed. (Entered: 09/01/2021) |
| 09/02/2021 | 59 | Statement of No Objections to PSR (Sealed) by Genesis Patricia Reyes, filed. (Entered: 09/02/2021) |
| 09/13/2021 | 60 | Final Presentence Investigation Report (Sealed) as to Genesis Patricia Reyes, filed. (AngelicaRamirez, 5) (Entered: 09/13/2021) |
| 09/13/2021 | 61 | Sealed Addendum to 60 Final Presentence Investigation Report (Sealed) as to Genesis Patricia Reyes, filed. (AngelicaRamirez, 5) (Entered: 09/13/2021) |
| 09/13/2021 | 62 | Confidential Sentencing Recommendation(Sealed) regarding Genesis Patricia Reyes, filed. (AngelicaRamirez, 5) (Entered: 09/13/2021) |
| 10/07/2021 | 67 | NOTICE OF SETTING as to Genesis Patricia Reyes. Sentencing set for 10/14/2021 at 09:00 AM in Courtroom 3A before Judge Diana Saldana, filed. (vcaballero, 5) (Entered: 10/07/2021) |
| | | |

| | | |
|---|---|---|
| 10/14/2021 | | Minute Entry for proceedings held before Judge Diana Saldana: Sentencing held on 10/14/2021 for Genesis Patricia Reyes (2), Count(s) 1, Deft appeared in person. Deft was given allocution. Level 7/I, Sentence: 32 days to serve; 3 yr(s) tsr; $100 special assessment; standard and mandatory conditions; Court find Deft indigent, does not impose the $5,000 special assessment; no fine; initial mental health evaluation and mental health treatment; Out-patient substance abuse treatment program and testing; not possess any Psychoactive Substances, including Synthetic Marijuana; take mental medications prescribed by treating physician; waived appeal notified of 14 day DL/free appeal; Count(s) 2, Dismissed on Government's oral motion. Deft does not want to appeal and Defense counsel stated that appeal rights have been discussed with Deft and agreed for a Notice of Non-appeal to be entered. Appearances via video conference: AUSA David Fawcett for Government; Fernando Sanchez for Defendant; USPO Eirazema Salazar [Time: 9:25-9:35am]. (Interpreter: Eduardo Canudas/Suzanne Buckley not used) (ERO: Sylvia Gonzalez). Deft continued on bond, filed.(dgonzalez, 5) Modified on 10/14/2021 (dgonzalez, 5). (Entered: 10/14/2021) |
| 10/14/2021 | | DISMISSAL OF COUNTS on Government Motion as to Genesis Patricia Reyes. Genesis Patricia Reyes (2) Count 2 (dgonzalez, 5) (Entered: 10/14/2021) |
| 10/14/2021 | | NOTICE OF NON-APPEAL by Genesis Patricia Reyes,filed. *Oral notice on the record* (dgonzalez, 5) (Entered: 10/14/2021) |
| 10/15/2021 | 69 | JUDGMENT as to Genesis Patricia Reyes ( Signed by Judge Diana Saldana) Parties notified. (RaulGamas, 5) (Entered: 10/15/2021) |
| 10/15/2021 | 70 | Statement of Reasons (Sealed) as to Genesis Patricia Reyes. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 10/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2022 09:00:45 | | | |
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:21-cr-01054 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**